# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MATT PHILLIPS, | |
| Plaintiff, | 2:13-cv-01140-JAD-CWH |
| vs. | **ORDER** |
| HOHL-FINDLAY, LLC, *et al.*, | |
| Defendants. | |

Before the Court is Defendant Findlay Management Group's (hereafter " Findlay") Request for Telephonic Appearance of Its Insurance Carrier Representative at Early Neutral Evaluation Session. (#33).

Defendant Findlay requests telephonic appearance of its insurance representative, Joe Connors. Mr. Connors is unable to travel on short notice without incurring substantial inconvenience and expense.

Given that the Early Neutral Evaluation session was scheduled in close proximity to the holidays,

IT IS HEREBY ORDERED that Defendant Findlay Management Group's (hereafter " Findlay") Request for Telephonic Appearance of Its Insurance Carrier Representative at Early Neutral Evaluation Session (#33) is GRANTED with the condition that Mr. Connors must be available by telephone at the beginning of the ENE and promptly available during the entire ENE session.

DATED this 27th day of December, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE