Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATT PHILLIPS,<br><br>                    Plaintiff,<br><br>vs.<br><br>HOHL-FINDLAY, LLC, a Nevada limited liability company, dba FINDLAY RV; and FINDLAY MANAGEMENT GROUP, a Nevada corporation,<br><br>                    Defendants. | Case No.: 2:13-cv-01140-JAD-CWH<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>** |

IT IS HEREBY STIPULATED by and between Plaintiff Matt Phillips, and Defendants Hohl-Findlay, LLC and Findlay Management Group (collectively "Defendants"), by and through their respective counsel, that the above-entitled action shall be and hereby is dismissed with prejudice in its entirety.

/ / /

/ / /

/ / /

1

Each party shall bear its own fees and costs.

**IT IS SO STIPULATED:**

Dated this 2nd day of April, 2014.  Dated this 2nd day of April, 2014.

LAW OFFICES OF ROBERT P. SPRETNAK  OGLETREE, DEAKINS, NASH, SMOAK & & STEWART, P.C.

/s/ Robert P. Spretnak
Robert P. Spretnak
8275 South Eastern Avenue
Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
*Attorneys for Plaintiff*

/s/ Anthony L. Martin
Anthony L. Martin
Brian L. Bradford
Well Fargo Tower
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
*Attorneys for Defendants*

## ORDER

Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions are hereby DENIED as moot, and the hearing scheduled for 5/9/14 at 11:00 a.m. is VACATED.

_____
United States District Judge
Dated: April 3, 2014.

2